IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COLIN D. MILLER,** | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:24-00123-KD-MU |
| | ) |
| **THREE FINGERS, INC., etc.,** | ) |
| | ) |
|   Defendant. | ) |

## ORDER

    After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Amended Complaint, (Doc. 12), be **DENIED**.

    **DONE** this **28th** day of **October 2024**.

                                           /s/ Kristi K. DuBose
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**